UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: Luis Alvarez Llanes    JOINT DEBTOR: _____ CASE NO.: 16-24971-AJC
Last Four Digits of SS# 2745    Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 2,105.76     for months    1    to    60   ;
B. $ _____      for months _____ to _____ ;
C. $ _____      for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + 150.00 Costs = $3,650.00  TOTAL PAID $ 900.00
L/A Balance Due - $2,750.00   payable $ 550.00 /month (Months 1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ___Seterus___    Arrearage on Petition Date    $ 39,600.00
Address: Pob 2008            Payment    $1,100.00/month  (Months  1  to  60 )
         Grand Rapids, MI 49501  Payment    $ 174.08/month   (Months  1  to   5 )
Account No: XXX-XX-2745        Payment    $ 704.17/month   (Months  6  to  60 )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Child Support Enforcement    Total Due $4,266.00
                                Payable  $ 71.10 /month  (Months 1 to 60 )

Unsecured Creditors: Pay $ 19.91 month (Months 6 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/ _____
Debtor
Date: 11/05/2016

LF-31 (rev. 01/08/10)